**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| ABDUL WARIS AKINSANYA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-418-J |
| | ) | |
| SCARLET GRANT, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On March 5, 2026, Petitioner Abdul Waris Akinsanya, proceeding pro se, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] and Memorandum of Law in Support of Petition for Writ of Habeas Corpus [Doc. No. 2].  On March 10, 2026, Petitioner, through counsel, filed a second Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, asserting substantially similar facts and claims.[1]  Accordingly Petitioner's pro se Petition is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 13th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

---

[1] *See* [Doc. No. 1], *Akinsanya v. Bondi*, No. CIV-26-448-J (W.D. Okla. Mar. 10, 2026).